**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LM INSURANCE CORPORATION,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:22-cv-03723** |
| | § | |
| **NAUTILUS INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant** | § | |

---

## PLAINTIFF'S MOTION FOR ENTRY OF COSTS AND FEES

---

TO THE HONORABLE U.S. DISTRICT JUDGE GEORGE C. HANKS, JR.:

COMES NOW Plaintiff, LM Insurance Corporation ("Plaintiff" or "Liberty"), Plaintiff in the above-entitled and numbered cause, and moves for entry of costs and fees pursuant to the Court's March 18, 2024, Memorandum Opinion and Order [Doc. 22] and would respectfully show the Court as follows:

1.     On March 18, 2024, the Court entered its Memorandum Opinion and Order, granting Plaintiff's Motion for Summary Judgment as to the duty to defend. Liberty is thus entitled to the costs and attorneys' fees incurred in defending Blazer Building Texas, LLC, in the underlying state court case[1], as well as the costs and attorneys' fees incurred in bringing the instant action[2].

---

[1] *Ramiro Morin, et al. v. Blazer Building, Inc.*; Cause No.: 2020-14004; in the 164th District Court of Harris County, Texas.
[2] *See* Plaintiff's Motion for Summary Judgment [Doc. 17] at 17-18.

2.      The Affidavit of Catherine L. Hanna establishing the amount of reasonable and necessary attorneys' fees and expenses incurred by Liberty in both the defense of the underlying state court case and the prosecution of the instant action is attached hereto as Exhibit A.

3.      The Declaration of David Guertin establishing the amounts paid by Liberty in fees and expenses in defending the underlying state court case is attached hereto as Exhibit B.

4.      As established by Exhibits A and B, the amount of reasonable and necessary attorneys' fees and expenses incurred by Liberty in defense of the underlying state court case since the date of Liberty's tender to Defendant—March 11, 2020—is $16,614.15, and the amount of reasonable and necessary attorneys' fees and expenses incurred by Liberty in prosecuting the instant action is $43,077.50. Thus, the total amount of costs and fees sought by Liberty for defending the underlying state court case and in prosecuting the instant action is **$59,691.65**.

WHEREFORE, PREMISES CONSIDERED, LM Insurance Corporation prays that the Court enter the costs and fees it incurred in defending Blazer Building Texas, LLC, in the state court case as well as the costs and fees it incurred in prosecuting the instant action, as established in Exhibits A and B, attached herein, and for such other and further relief to which Plaintiff may be entitled.

*{Signature on the following page.}*

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:     (512) 472-7700
Facsimile:     (512) 472-0205

By:   _/s/ Catherine L. Hanna_
      Catherine L. Hanna
      State Bar No. 08918280
      Southern District ID: 13577
      Attorney-in-Charge
      channa@hannaplaut.com
      Alexander P. Sheppard
      State Bar No. 24106427
      Southern District ID: 3825711
      asheppard@hannaplaut.com

**ATTORNEYS FOR PLAINTIFF LM
INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been delivered via e-service on this 15th day of April 2024 to:

Greg C. Wilkins                  ***Via Email: gwilkins@wilkinsgire.com***
Vanessa D. Durante           ***Via Email: vdurante@wilkinsgire.com***
WILKINS | GIRE PLLC
350 Pine Street, Suite 660
Beaumont, Texas 77701
*Attorneys for Defendant Nautilus Insurance Company*

                  _/s/ Catherine L. Hanna_
                  Catherine L. Hanna

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LM INSURANCE CORPORATION,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:22-cv-03723** |
| | § | |
| **NAUTILUS INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant** | § | |

---

**AFFIDAVIT OF CATHERINE L. HANNA**

---

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF TRAVIS** | § |

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared Catherine L. Hanna, who being duly sworn on oath, deposes and says the following:

1.      "My name is Catherine L. Hanna. I am over the age of twenty-one, of sound mind and capable of making this affidavit. I have never been convicted of a crime. I am a partner at Hanna & Plaut, an AV-rated insurance coverage boutique law firm in Austin, Texas, and the lead attorney representing LM Insurance Corporation ("LM Insurance"). I have been licensed to practice law in California since 1989 (now inactive) and in Texas since 1991. I have personal knowledge of the facts stated herein, and they are all true and correct.

2.      "I was retained to represent LM Insurance Corporation ("LM Insurance") in the above-referenced matter on July 6, 2020, in order to provide coverage analysis and respond to Nautilus Insurance Company ("Nautilus")'s rejection of LM Insurance's tender of defense and I have worked on the matter with colleagues and associates at Hanna & Plaut since that time.

3.      "Hanna & Plaut's billing invoices to LM Insurance for this matter are attached herein as Exhibit A-1. As demonstrated by Exhibit A-1, as of February 29, 2024, Hanna & Plaut incurred attorneys' fees and expenses of $47,890.20 in prosecuting LM Insurance's claims against Nautilus. The work included initial coverage analysis; drafting correspondence to Nautilus and its attorneys; communicating with Nautilus's attorneys by telephone; and preparing and filing pleadings, including a complaint and motion for summary judgment. Of the amount incurred by Hanna & Plaut to date, LM Insurance has paid **$43,077.50**.

4.      "The fees charged in this case are customarily charged in this area for the same or similar services of attorneys with our experience, reputation, and ability, considering this type of action, the time limitations imposed, the results obtained, and the nature and length of our relationship with our client, LM Insurance. My hourly rate was $250.00 per hour at the outset of the case and was increased to $275.00 on 1/1/2023. The rates for associates working on the case ranged from $225.00 to $250.00. Paralegal time is $100.00 to $105.00 per hour. The invoices attached to this affidavit as Exhibit A-1 reflect the hours actually expended in representation of Liberty in this matter. The hours expended and the rates claimed are reasonable.

5.      "Based upon the knowledge and experience of the lawyers involved, the complexity of the issues involved in the case, the time and labor required, the legal questions involved, and the skill requisite to perform the legal services rendered, the attorneys' fees requested above are reasonable and necessary."

6.      "In defending the underlying state court case, LM Insurance thus far has expended $14,000 in legal fees and $2,614.15 in expenses, for a total of $16,614.15. Based upon the knowledge and experience of the lawyers involved, the complexity of the issues involved in the case, the time and labor required, the legal questions involved, and the skill requisite to perform

perform the legal services rendered, the total attorneys' fees and expenses LM Insurance incurred in defending the underlying state court case are reasonable and necessary."

"FURTHER AFFIANT SAYETH NOT."

_____
Catherine L. Hanna

SWORN AND SUBSCRIBED TO BEFORE ME, on this the _15th_ day of _April,_ _____

_20 24_ _____

_____
Notary Public in and for
the State of Texas

ELINA LUPIN
Notary Public, State of Texas
Comm. Expires 03-03-2025
Notary ID 126250527

# EXHIBIT A-1

# Hanna & Plaut, LLP
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr
Liberty Mutual Insurance Company

September 16, 2020
Invoice No.: 33277

Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

Tax I.D. #: 74-2868658

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/6/2020 | JCG | Review Petition and related email (12 pp) regarding coverage analysis. | 0.50 225.00/hr | 112.50 |
| 7/22/2020 | JCG | Review Petition (11 pp) regarding coverage review. | 0.60 225.00/hr | 135.00 |
| | JCG | Draft emails regarding documents needed from client. | 0.20 225.00/hr | 45.00 |
| 8/10/2020 | JCG | Review contracts, policy provisions, correspondence, and pleadings regarding drafting coverage analysis. | 2.00 225.00/hr | 450.00 |
| 8/11/2020 | JCG | Draft memorandum regarding additional insured coverage. | 3.20 225.00/hr | 720.00 |
| 8/20/2020 | JCG | Continue to draft memo on additional insured coverage. | 3.20 225.00/hr | 720.00 |
| | JCG | Review contracts, pleadings, claim notes and correspondence (about 130 pp) regarding memo on additional insured coverage. | 3.40 225.00/hr | 765.00 |

Ryan Barr                                                        September 16, 2020
Ramiro Morin vs. Blazer Building                                Invoice No.:33277
Texas, LLC - M:P 220-178930-01                                  Page  2
Our File Name: LM/Blazer
Our File No.: 0023178

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 8/21/2020 | JCG | Continue to draft memo on additional insured coverage. | 4.20 225.00/hr | 945.00 |
| 8/24/2020 | JCG | Continue to draft memo on additional insured coverage. | 2.20 225.00/hr | 495.00 |
| | JCG | Research regarding additional insured coverage and requirement that injury arise out of named insured's work. | 1.80 225.00/hr | 405.00 |
| 8/25/2020 | JCG | Continue to draft memo on additional insured coverage. | 2.80 225.00/hr | 630.00 |
| | JCG | Research regarding additional insured coverage and requirement that injury arise out of named insured's work. | 1.10 225.00/hr | 247.50 |
| 8/26/2020 | JCG | Continue to draft memo on additional insured coverage. | 3.20 225.00/hr | 720.00 |
| | JCG | Research regarding admissibility of extrinsic evidence on connection of named insureds' work to injury. | 0.90 225.00/hr | 202.50 |
| 8/28/2020 | CLH | Review and analyze coverage overview memorandum in preparation for telephone conference with client. | 0.30 250.00/hr | 75.00 |

| | | | |
|------|------|------|------|
| Total For Services | | 29.60 | $6,667.50 |

### Personnel Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Catherine L. Hanna/Partner | 0.30 | 250.00 | $75.00 |
| Jeffrey C. Glass/Associate | 29.30 | 225.00 | $6,592.50 |

**Hanna & Plaut, LLP**
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr
Liberty Mutual Insurance Company

December 14, 2020
Invoice No.: 33803

Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

Tax I.D. #: 74-2868658

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/24/2020 | CLH | Review and analyze coverage overview and memorandum in preparation for conference call with client team to discuss coverage analysis and next steps. | 0.40<br>250.00/hr | 100.00 |
| | CLH | Telephone conference with client team regarding coverage analysis and recommended next steps. | 0.30<br>250.00/hr | 75.00 |
| 10/5/2020 | CLH | Draft and revise response to denial of tender by Nautilus. | 1.00<br>250.00/hr | 250.00 |
| | CLH | Draft and revise letter to J Torres Construction regarding tender of coverage. | 0.60<br>250.00/hr | 150.00 |
| | CLH | Review and analyze Torres Subcontract and COI information (58 pp.) to include in draft tender correspondence. | 0.20<br>250.00/hr | 50.00 |
| 10/21/2020 | CLH | Receipt and review of email from client adjuster regarding status of letter. | 0.10<br>250.00/hr | 25.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

December 14, 2020
Invoice No.:33803
Page  2

|  | Hours | Amount |
|---|---|---|
| Total For Services | 2.60 | $650.00 |

### Personnel Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Catherine L. Hanna/Partner | 2.60 | 250.00 | $650.00 |

# Hanna & Plaut, LLP
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr
Liberty Mutual Insurance Company

September 10, 2021
Invoice No.: 35471

Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

Tax I.D. #: 74-2868658

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/20/2021 | CLH | Receipt and review of email from client adjuster regarding status of coverage assessment and recommended next steps. | 0.10 250.00/hr | 25.00 |
| 7/27/2021 | JCG | Review policies, subcontracts, and preliminary coverage memo (approximately 80 pp) regarding coverage analysis. | 1.70 225.00/hr | 382.50 |
| 7/28/2021 | JCG | Review policies, subcontracts, and preliminary coverage memo (approximately 145 pp) regarding coverage analysis. | 2.90 225.00/hr | 652.50 |
| | JCG | Draft updated coverage memorandum based on recently received policies. | 3.50 225.00/hr | 787.50 |
| 7/29/2021 | JCG | Review policy, pleadings and preliminary memo (about 70 pp) regarding updated coverage analysis. | 2.30 225.00/hr | 517.50 |
| | JCG | Research regarding separation of insureds provision and scope of employee exclusion. | 1.20 225.00/hr | 270.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

September 10, 2021
Invoice No.:35471
Page  2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/29/2021 | JCG | Continue to draft updated coverage analysis. | 3.70<br>225.00/hr | 832.50 |
| 7/30/2021 | JCG | Review policy and preliminary coverage memo (about 35 pp) regarding coverage analysis update. | 1.30<br>225.00/hr | 292.50 |
| | JCG | Continue to draft updated coverage analysis. | 3.30<br>225.00/hr | 742.50 |
| 8/2/2021 | JCG | Review coverage opinion and correspondence (6 pages) regarding Anti-Indemnity Act questions. | 0.50<br>225.00/hr | 112.50 |
| | JCG | Draft emails regarding Anti-Indemnity Act questions. | 0.30<br>225.00/hr | 67.50 |
| | CLH | Review and analyze Nautilus policy, coverage position letter, and coverage analysis memo (appx. 90 pp.) in preparation for conference call with client team. | 0.80<br>250.00/hr | 200.00 |
| | CLH | Telephone conference with client team regarding coverage analysis and recommended next steps. | 0.30<br>250.00/hr | 75.00 |
| 8/4/2021 | JCG | Research regarding Anti-Indemnity Act. | 0.40<br>225.00/hr | 90.00 |
| | JCG | Draft coverage memorandum regarding Anti-Indemnity Act. | 0.40<br>225.00/hr | 90.00 |
| | CLH | Draft and revise letters to Torres and carrier for Ranger regarding demand to attend upcoming mediation and satisfy coverage obligations to mutual insured. | 0.60<br>250.00/hr | 150.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

September 10, 2021
Invoice No.:35471
Page   3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2021 | CLH | Receipt and review of additional materials from underling case, including pre-mediation report and First Amended Petition (appx. 25 pp.). | 0.30 250.00/hr | 75.00 |
| 8/5/2021 | CLH | Receipt and review of three emails from clients regarding approval of proposed letters to other carriers. | 0.10 250.00/hr | 25.00 |
| 8/6/2021 | CLH | Telephone conference with client attorney regarding revisions to letters to additional insureds. | 0.40 250.00/hr | 100.00 |
| | CLH | Receipt and review of client's revisions to Nautilus letter. | 0.20 250.00/hr | 50.00 |
| 8/24/2021 | CLH | Receipt and review of correspondence from opposing coverage counsel for Berkley/Nautilus. | 0.20 250.00/hr | 50.00 |
| 8/30/2021 | CLH | Legal research and analysis regarding case law cited by opposing coverage counsel for Nautilus in preparation for conference call with client team. | 0.50 250.00/hr | 125.00 |
| | CLH | Conference call with client team regarding recommended strategy for response to Nautilus and approach to J. Torres. | 0.40 250.00/hr | 100.00 |

| Total For Services | 25.40 | $5,812.50 |
|---|---|---|

## Personnel Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Catherine L. Hanna/Partner | 3.90 | 250.00 | $975.00 |
| Jeffrey C. Glass/Associate | 21.50 | 225.00 | $4,837.50 |

**Hanna & Plaut, LLP**
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr                                          December 17, 2021
Liberty Mutual Insurance Company                   Invoice No.: 36007

Ramiro Morin vs. Blazer Building                   Tax I.D. #: 74-2868658
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2021 | JCG | Draft declaratory judgment complaint. | 1.90 225.00/hr | 427.50 |
| 9/2/2021 | JCG | Review coverage memo, correspondence and recent denial letter (about 35 pp) regarding drafting declaratory judgment complaint. | 0.80 225.00/hr | 180.00 |
| | JCG | Continue to draft declaratory judgment complaint. | 2.10 225.00/hr | 472.50 |
| 9/6/2021 | CLH | Draft and revise pre-mediation letter to Burlington Insurance Company (J. Torres carrier.) | 1.00 250.00/hr | 250.00 |
| 9/7/2021 | CLH | Email to client team regarding identity of carrier for J. Torres and proposed letter regarding same. | 0.10 250.00/hr | 25.00 |
| | CLH | Receipt and review of email from client regarding question about letter. | 0.10 250.00/hr | 25.00 |
| 9/8/2021 | JCG | Continue to draft declaratory judgment complaint. | 0.70 225.00/hr | 157.50 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

December 17, 2021
Invoice No.:36007
Page  2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2021 | JCG | Continue to draft declaratory judgment complaint. | 2.90 225.00/hr | 652.50 |
| 9/10/2021 | JCG | Continue to draft declaratory judgment complaint. | 2.20 225.00/hr | 495.00 |
| 9/13/2021 | JCG | Review email and correspondence, underlying pleadings and policy (about 50 pp) for drafting declaratory judgment complaint. | 0.50 225.00/hr | 112.50 |
| | JCG | Continue to draft declaratory judgment complaint. | 2.10 225.00/hr | 472.50 |
| 11/1/2021 | CLH | Receipt and review of email from client adjuster regarding status of communications to opposing insurance carrier and reply to same. | 0.10 250.00/hr | 25.00 |
| | CLH | Review and revise letter to J. Torres/Burlington. | 0.10 250.00/hr | 25.00 |
| 11/5/2021 | CLH | Review and approve letter to J. Torres Construction and necessary attachments. | 0.20 250.00/hr | 50.00 |
| 11/8/2021 | CLH | Receipt and review of email from IFG companies regarding receipt of tender. | 0.10 250.00/hr | 25.00 |
| 11/9/2021 | CLH | Email to client regarding communication from adjuster for Torres. | 0.10 250.00/hr | 25.00 |
| 11/11/2021 | CLH | Receipt and review of email from client regarding mediation outcome. | 0.10 250.00/hr | 25.00 |
| | | Total For Services | 15.10 | $3,445.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

December 17, 2021
Invoice No.:36007
Page 3

## Personnel Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Catherine L. Hanna/Partner | 1.90 | 250.00 | $475.00 |
| Jeffrey C. Glass/Associate | 13.20 | 225.00 | $2,970.00 |

**Hanna & Plaut, LLP**
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr
Liberty Mutual Insurance Company

March 17, 2022
Invoice No.: 36553

Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

Tax I.D. #: 74-2868658

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/8/2021 | CLH | Receipt and review of email from newly assigned adjuster regarding status of declaratory judgment action. | 0.10 250.00/hr | 25.00 |
| 12/13/2021 | CLH | Review and revise declaratory judgment complaint. | 0.50 250.00/hr | 125.00 |
| | CLH | Email to client regarding status of declaratory judgment filings and need for Burlington policy. | 0.10 250.00/hr | 25.00 |
| | Total For Services | | 0.70 | $175.00 |

Personnel Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Catherine L. Hanna/Partner | 0.70 | 250.00 | $175.00 |

**Hanna & Plaut, LLP**
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr                                              June 8, 2022
Liberty Mutual Insurance Company                Invoice No.: 37048

Ramiro Morin vs. Blazer Building          Tax I.D. #: 74-2868658
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/22/2022 | CLH | Email to client regarding status of draft complaint. | 0.10<br>250.00/hr | 25.00 |
| | JCG | Review and revise declaratory judgment complaint. | 0.70<br>225.00/hr | 157.50 |
| 3/23/2022 | JCG | Review Burlington and Nautilus policies, pleadings and memos (about 140 pages) for revising declaratory judgment complaint for additional insured coverage. | 2.10<br>225.00/hr | 472.50 |
| | JCG | Continue to draft/revise declaratory judgment complaint. | 1.80<br>225.00/hr | 405.00 |
| 3/24/2022 | JCG | Draft email regarding issues with declaratory judgment as to Burlington Insurance. | 0.20<br>225.00/hr | 45.00 |
| | JCG | Review policy, pleadings and memos (about 30 pages) for revising declaratory judgment complaint for additional insured coverage. | 0.60<br>225.00/hr | 135.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

June 8, 2022
Invoice No.:37048
Page   2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/24/2022 JCG | Revise declaratory judgment complaint. | | 0.50<br>225.00/hr | 112.50 |
| 3/31/2022 JCG | Review policy, subcontract and pleadings (about 30 pages) for drafting declaratory judgment complaint. | | 0.60<br>225.00/hr | 135.00 |
| CLH | Review and anlayze potential coverage issue with Burlington AI endorsement. | | 0.50<br>250.00/hr | 125.00 |
| JCG | Continue to edit and revise declaratory judgment complaint. | | 1.50<br>225.00/hr | 337.50 |
| | Total For Services | | 8.60 | $1,950.00 |

Personnel Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Catherine L. Hanna/Partner | 0.60 | 250.00 | $150.00 |
| Jeffrey C. Glass/Associate | 8.00 | 225.00 | $1,800.00 |

**Hanna & Plaut, LLP**
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr                                               October 21, 2022
Liberty Mutual Insurance Company                   Invoice No.: 37803

Ramiro Morin vs. Blazer Building                    Tax I.D. #: 74-2868658
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2022 | CLH | Review and revise Original Complaint. | 0.50<br>250.00/hr | 125.00 |
| 7/11/2022 | CLH | Review and revise declaratory judgment complaint. | 0.30<br>250.00/hr | 75.00 |
| 8/3/2022 | CLH | Review and analyze draft complaint and previous coverage correspondence (appx. 25 pp.) in preparation for conference call with client team. | 0.60<br>250.00/hr | 150.00 |
| | CLH | Participate in telephone conference with client team regarding draft declaratory judgment complaint. | 0.50<br>250.00/hr | 125.00 |
| 8/14/2022 | CLH | Review and revise Original Declaratory Judgment Complaint in order to address client questions and concerns. | 2.00<br>250.00/hr | 500.00 |
| 8/15/2022 | CLH | Draft and revise email report to clients regarding revisions to Original Complaint. | 0.20<br>250.00/hr | 50.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

October 21, 2022
Invoice No.:37803
Page  2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/29/2022 | CLH | Receipt and review of email from client regarding status of review and approval of declaratory judgment complaint and reply to same. | 0.10 250.00/hr | 25.00 |
| 9/5/2022 | CLH | Receipt and review of email from client regarding issue with Burlington's corporate citizenship and effect on diversity jurisdiction. | 0.10 250.00/hr | 25.00 |
| 9/7/2022 | CLH | Respond to email from client regarding Burlington state of incorporation and issue with diversity jurisdiction. | 0.10 250.00/hr | 25.00 |
| | CLH | Receipt and review of correspondence from Blazer regarding rejection of tender. | 0.20 250.00/hr | NO CHARGE |
| 9/9/2022 | JCG | Review and analyze Burlington rejection of tender and memo (about 15 pages). | 0.50 225.00/hr | 112.50 |
| 9/12/2022 | CLH | Review and analyze draft petition, coverage correspondence from Burlington and materials referenced therein (appx. 30 pp.) in preparation for conference call with client. | 0.60 250.00/hr | 150.00 |
| | CLH | Telephone conference with ▮▮▮▮ ▮▮▮▮ regarding issues raised by Burlington domicile. | 0.30 250.00/hr | 75.00 |
| 9/23/2022 | CLH | Telephone conference with client team regarding recommendation to omit Burlington from declaratory judgment action. | 0.20 250.00/hr | 50.00 |
| 9/26/2022 | CLH | Review and approve revised declaratory judgment complaint. | 0.20 250.00/hr | 50.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

October 21, 2022
Invoice No.:37803
Page 3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/26/2022 | APS | Revise Complaint to exclude Burlington as a party. | 2.10 225.00/hr | 472.50 |
| | Total For Services | | 8.50 | $2,010.00 |

### Personnel Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Catherine L. Hanna/Partner | 5.70 | 250.00 | $1,425.00 |
| Catherine L. Hanna/Partner | 0.20 | 0.00 | $0.00 |
| Alexander P Sheppard/Associate | 2.10 | 225.00 | $472.50 |
| Jeffrey C. Glass/Associate | 0.50 | 225.00 | $112.50 |

**Hanna & Plaut, LLP**
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr                                                                  January 20, 2023
Liberty Mutual Insurance Company                                    Invoice No.: 38315

Ramiro Morin vs. Blazer Building                      Tax I.D. #: 74-2868658
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2022 | CLH | Receipt and review of email from client approving draft declaratory judgment action. | 0.10 250.00/hr | 25.00 |
|  | CLH | Receipt and review of client's proposed revisions to declaratory judgment complaint. | 0.20 250.00/hr | 50.00 |
| 10/19/2022 | CLH | Review and analyze client ▮▮▮ ▮▮▮ revisions to declaratory judgment complaint. | 0.60 250.00/hr | 150.00 |
| 10/28/2022 | CLH | Receipt and review of Order for Conference and Disclosure of Interested Parties. | 0.10 250.00/hr | 25.00 |
| 11/4/2022 | EL | Drafted Plaintiff's Certificate of Interested Persons. | 0.20 100.00/hr | 20.00 |
| 11/23/2022 | CLH | Receipt and review of email from opposing counsel for Nautilus regarding request for extension of answer deadline and reply to same. | 0.10 250.00/hr | 25.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

January 20, 2023
Invoice No.:38315
Page  2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/29/2022 | CLH | Receipt and review of Notice of Judge Assignment. | 0.10 250.00/hr | 25.00 |
| 12/6/2022 | CLH | Receipt and brief review of Defendant's Original Answer to Complaint. | 0.20 250.00/hr | 50.00 |
|  |  | Total For Services Client Expenses: | 1.60 | $370.00 |
| 10/27/2022 |  | American Express - United States District Court - Southern District of Texas - Filing fee for Original Complaint. |  | 402.00 |
| 11/10/2022 |  | Horn Investigations - Fee for Service of Process on Nautilus Insurance Corporation. |  | 112.70 |
|  |  | Total Client Expenses |  | $514.70 |
|  |  | Total amount of this bill |  | $884.70 |

Personnel Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Catherine L. Hanna/Partner | 1.40 | 250.00 | $350.00 |
| Elina Lupin/Paralegal | 0.20 | 100.00 | $20.00 |

**Hanna & Plaut, LLP**
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr                                                        April 13, 2023
Liberty Mutual Insurance Company                    Invoice No.: 38802

Ramiro Morin vs. Blazer Building                      Tax I.D. #: 74-2868658
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2023 | EL | Drafted Joint Discovery Case Management Plan. | 0.30 105.00/hr | 31.50 |
|  | EL | Receipt and review of correspondence from Defendant's attorney regarding Rule 26 Conference. | 0.10 105.00/hr | 10.50 |
|  | EL | Preparation of correspondence to Defendant's attorney regarding Rule 26 Conference. | 0.10 105.00/hr | 10.50 |
| 1/10/2023 | CLH | Attend telephonic Rule 26(f) conference with opposing counsel. | 0.10 275.00/hr | 27.50 |
|  | APS | Rule 26(f) conference call with opposing counsel. | 0.10 250.00/hr | NO CHARGE |
|  | APS | Drafted Rule 26(f) Case Management Plan. | 1.60 250.00/hr | 400.00 |
| 1/11/2023 | CLH | Receipt and review of Defendant's Rule 7 Disclosure Statement and Certificate of Interested Parties. | 0.10 275.00/hr | 27.50 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

April 13, 2023
Invoice No.:38802
Page   2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/27/2023 | CLH | Review and approve draft of Joint Discovery/Case Management Plan. | 0.10 275.00/hr | NO CHARGE |
| | EL | Drafted Plaintiff's Notice of Appearance of Counsel. | 0.20 105.00/hr | 21.00 |
| 2/2/2023 | CLH | Receipt and review of email from opposing counsel regarding revisions to Joint Discovery/Case Management Plan and reply to same. | 0.20 275.00/hr | 55.00 |
| 2/14/2023 | APS | Review Joint Discovery/Case Management Plan in preparation for Scheduling Conference Hearing - 6 pages. | 0.70 250.00/hr | 175.00 |
| 2/15/2023 | APS | Attend initial Scheduling Conference Hearing via Zoom. | 0.60 250.00/hr | 150.00 |
| 2/22/2023 | APS | Draft Rule 26 Initial Disclosures. | 2.50 250.00/hr | 625.00 |
| 2/23/2023 | APS | Continue to draft Rule 26 Initial Disclosures. | 2.20 250.00/hr | 550.00 |
| | CLH | Review and approve Initial Disclosures. | 0.10 275.00/hr | NO CHARGE |
| 2/27/2023 | APS | Call with in-house counsel ██████ ██████ regarding revisions to Rule 26 Initial Disclosures. | 0.10 250.00/hr | 25.00 |
| | APS | Revise Rule 26 Initial Disclosures per ██████████ edits. | 0.30 250.00/hr | 75.00 |
| 3/9/2023 | CLH | Receipt and review of Docket Control Order. | 0.10 275.00/hr | 27.50 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

April 13, 2023
Invoice No.:38802
Page   3

|            |     |                                                                                                                       | Hrs/Rate              | Amount     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|-----------------------|------------|
| 3/10/2023  | CLH | Receipt and review of email from opposing counsel regarding possible opposition to motion for leave to file amended answer and reply to same. | 0.10<br>275.00/hr     | 27.50      |
| 3/28/2023  | APS | Review Defendant's First Amended Original Answer - 14 pages.                                                           | 0.80<br>250.00/hr     | 200.00     |
|            | APS | Draft synopsis of Defendant's First Amended Original Answer.                                                           | 0.30<br>250.00/hr     | 75.00      |
| 3/30/2023  | CLH | Receipt and review of Order Granting Motion for Leave for Nautilus to file Amended Answer.                             | 0.10<br>275.00/hr     | 27.50      |
| 3/31/2023  | EL  | Receipt and review of correspondence from Defendant's attorney regarding draft stipulation.                           | 0.10<br>105.00/hr     | 10.50      |

|                    | Hrs/Rate | Amount      |
|--------------------|----------|-------------|
| Total For Services | 10.90    | $2,551.50   |

### Personnel Summary

| Name                             | Hours | Rate   | Amount      |
|----------------------------------|-------|--------|-------------|
| Catherine L. Hanna/Partner       | 0.70  | 275.00 | $192.50     |
| Catherine L. Hanna/Partner       | 0.20  | 0.00   | $0.00       |
| Alexander P Sheppard/Associate   | 9.10  | 250.00 | $2,275.00   |
| Alexander P Sheppard/Associate   | 0.10  | 0.00   | $0.00       |
| Elina Lupin/Paralegal            | 0.80  | 105.00 | $84.00      |

**Hanna & Plaut, LLP**
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr
Liberty Mutual Insurance Company

June 8, 2023
Invoice No.: 39149

Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

Tax I.D. #: 74-2868658

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 4/18/2023 | CLH | Receipt and brief review of tender response .letter from Burlington. | 0.20 275.00/hr | 55.00 |
| 4/28/2023 | EL | Correspondence to Defendant's attorney regarding status of draft stipulation. | 0.10 105.00/hr | 10.50 |
| 5/1/2023 | EL | Receipt and review of correspondence from Defendant's attorney regarding status of draft stipulation of facts for motion for summary judgment. | 0.10 105.00/hr | 10.50 |
| 5/3/2023 | APS | Revise Joint Stipulation of Facts for summary judgment motion as drafted by Defendant's counsel. | 0.80 250.00/hr | 200.00 |
| 5/26/2023 | JCG | Review coverage memos, policy, and underlying pleadings and declaratory action pleadings (about 80 pages) for drafting Motion for Summary Judgment. | 2.00 250.00/hr | 500.00 |
| | JCG | Draft Motion for Summary Judgment. | 4.40 250.00/hr | 1,100.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

June 8, 2023
Invoice No.:39149
Page   2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/28/2023 | JCG | Continue to draft Motion for Summary Judgment. | 1.50<br>250.00/hr | 375.00 |
| 5/29/2023 | JCG | Review coverage memos, policy, underlying pleadings and declaratory action pleadings (about 40 pages) for drafting Motion for Summary Judgment. | 1.20<br>250.00/hr | 300.00 |
| | JCG | Continue to draft Motion for Summary Judgment. | 4.20<br>250.00/hr | 1,050.00 |
| 5/30/2023 | JCG | Review coverage memos, correspondence, policy, underlying pleadings and declaratory action pleadings (about 75 pages) for drafting Motion for Summary Judgment. | 2.40<br>250.00/hr | 600.00 |
| | JCG | Continue to draft Motion for Summary Judgment. | 4.00<br>250.00/hr | 1,000.00 |
| 5/31/2023 | JCG | Review coverage memos, correspondence, policy, underlying pleadings and declaratory action pleadings (about 80 pages) for drafting Motion for Summary Judgment. | 2.20<br>250.00/hr | 550.00 |
| | JCG | Continue to draft Motion for Summary Judgment. | 4.70<br>250.00/hr | 1,175.00 |
| Total For Services | | | 27.80 | $6,926.00 |

### Personnel Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Catherine L. Hanna/Partner | 0.20 | 275.00 | $55.00 |
| Alexander P Sheppard/Associate | 0.80 | 250.00 | $200.00 |
| Jeffrey C. Glass/Associate | 26.60 | 250.00 | $6,650.00 |
| Elina Lupin/Paralegal | 0.20 | 105.00 | $21.00 |

**Hanna & Plaut, LLP**
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr                                                            July 17, 2023
Liberty Mutual Insurance Company                        Invoice No.: 39397

Ramiro Morin vs. Blazer Building                    Tax I.D. #: 74-2868658
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2023 | JCG | Review memos, correspondence, policy, and pleadings (about 60 pages) for drafting Motion for Summary Judgment. | 1.00 250.00/hr | 250.00 |
| | JCG | Continue to draft Motion for Summary Judgment. | 3.50 250.00/hr | 875.00 |
| 6/2/2023 | JCG | Review memos, correspondence, policy, and pleadings (about 90 pages) for drafting Motion for Summary Judgment. | 2.10 250.00/hr | 525.00 |
| | JCG | Continue to draft Motion for Summary Judgment. | 3.80 250.00/hr | 950.00 |
| 6/5/2023 | APS | Revise Joint Stipulation of Facts for motion for summary judgment. | 2.40 250.00/hr | 600.00 |
| | JCG | Review memos, correspondence, policy, and pleadings (about 55 pages) for drafting Motion for Summary Judgment. | 1.60 250.00/hr | 400.00 |
| | JCG | Continue to draft Motion for Summary Judgment. | 4.60 250.00/hr | 1,150.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

July 17, 2023
Invoice No.:39397
Page   2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/5/2023 | CLH | Review and revise draft summary judgment motion. | 1.50 275.00/hr | 412.50 |
| 6/6/2023 | EL | Receipt and review of correspondence from Defendant's attorney Greg Wilkins regarding draft stipulations. | 0.10 105.00/hr | 10.50 |
| | JCG | Review contract, policy and pleadings (about 45 pages) for drafting Motion for Summary Judgment. | 1.00 250.00/hr | 250.00 |
| | JCG | Continue to draft Motion for Summary Judgment. | 2.40 250.00/hr | 600.00 |
| | CLH | Review and revise motion for summary judgment. | 1.00 275.00/hr | 275.00 |
| 6/7/2023 | JCG | Research regarding course and scope of employment, break time and related injury for motion for summary judgment. | 1.00 250.00/hr | 250.00 |
| | JCG | Review memos, emails and pleadings (about 25 pages) for drafting Motion for Summary Judgment. | 0.70 250.00/hr | 175.00 |
| | CLH | Email to opposing counsel regarding status of draft stipulations. | 0.10 275.00/hr | 27.50 |
| | JCG | Continue to draft Motion for Summary Judgment. | 4.10 250.00/hr | 1,025.00 |
| | CLH | Review and revise motion for summary judgment. | 2.00 275.00/hr | 550.00 |
| | CLH | Email to client team regarding proposed motion for summary judgment. | 0.10 275.00/hr | 27.50 |
| 6/9/2023 | APS | Revise Joint Stipulations for motion for summary judgment. | 0.80 250.00/hr | 200.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

July 17, 2023
Invoice No.:39397
Page   3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2023 | APS | Revise Motion for Summary Judgment to include Joint Stipulation as summary judgment evidence. | 1.60 250.00/hr | 400.00 |
|  | Total For Services |  | 35.40 | $8,953.00 |

Personnel Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Catherine L. Hanna/Partner | 4.70 | 275.00 | $1,292.50 |
| Alexander P Sheppard/Associate | 4.80 | 250.00 | $1,200.00 |
| Jeffrey C. Glass/Associate | 25.80 | 250.00 | $6,450.00 |
| Elina Lupin/Paralegal | 0.10 | 105.00 | $10.50 |

**Hanna & Plaut, LLP**
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr
Liberty Mutual Insurance Company

August 17, 2023
Invoice No.: 39589

Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

Tax I.D. #: 74-2868658

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/7/2023 | JCG | Review Nautilus Response to Motion for Summary Judgment and exhibits (about 75 pages) for drafting Reply. | 1.90 250.00/hr | 475.00 |
| 7/11/2023 | JCG | Review summary judgment briefing, pleadings, and memos (about 70 pages) for drafting Reply and Response on Motion for Summary Judgment. | 1.50 250.00/hr | 375.00 |
| | JCG | Draft Reply and Response on Motion for Summary Judgment. | 1.00 250.00/hr | 250.00 |
| 7/13/2023 | JCG | Continue to draft Reply and Response on Motion for Summary Judgment. | 1.30 250.00/hr | 325.00 |
| 7/14/2023 | JCG | Continue to draft Reply and Response on Motion for Summary Judgment. | 2.60 250.00/hr | 650.00 |
| 7/16/2023 | JCG | Continue to draft Reply and Response on Motion for Summary Judgment. | 3.00 250.00/hr | 750.00 |
| 7/17/2023 | JCG | Research regarding sufficiency of causal connection between injury and named insured's work for summary judgment | 0.60 250.00/hr | 150.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

August 17, 2023
Invoice No.:39589
Page   2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | response. | | |
| 7/17/2023 | JCG | Research regarding cases cited in Nautilus summary judgment briefing. | 0.70 250.00/hr | 175.00 |
| | JCG | Continue to draft Reply and Response on Motion for Summary Judgment. | 4.00 250.00/hr | 1,000.00 |
| 7/18/2023 | CLH | Draft email report to client team regarding summary judgment pleadings and anticipated response. | 0.20 275.00/hr | 55.00 |
| | JCG | Review summary judgment briefing, pleadings, and memos (40 pages) for drafting Reply and Response on Motion for Summary Judgment. | 2.20 250.00/hr | 550.00 |
| | JCG | Continue to draft Reply and Response on Motion for Summary Judgment. | 4.50 250.00/hr | 1,125.00 |
| 7/19/2023 | JCG | Research regarding contribution, indemnity and subrogation between co-insurers for summary judgment response. | 1.30 250.00/hr | 325.00 |
| | JCG | Research regarding attorneys fees as recoverable in coverage suit for summary judgment response. | 0.60 250.00/hr | 150.00 |
| | JCG | Continue to draft Reply and Response on Motion for Summary Judgment. | 4.50 250.00/hr | 1,125.00 |
| 7/20/2023 | CLH | Review and revise response and reply to motion for summary judgment. | 1.00 275.00/hr | 275.00 |
| | | Total For Services | 30.90 | $7,755.00 |

Ryan Barr
Ramiro Morin vs. Blazer Building
Texas, LLC - M;P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

August 17, 2023
Invoice No.:39589
Page   3

## Personnel Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Catherine L. Hanna/Partner | 1.20 | 275.00 | $330.00 |
| Jeffrey C. Glass/Associate | 29.70 | 250.00 | $7,425.00 |

# Hanna & Plaut, LLP
Southwest Tower
211 East 7th Street, Suite 600
Austin, TX 78701

Telephone: (512) 472-7700
Facsimile: (512) 472-0205

Ryan Barr
Liberty Mutual Insurance Company

November 16, 2023
Invoice No.: 40228

Ramiro Morin vs. Blazer Building
Texas, LLC - M:P 220-178930-01
Our File Name: LM/Blazer
Our File No.: 0023178

Tax I.D. #: 74-2868658

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2023 | CLH | Receipt and brief review of Nautilus's summary judgment reply (12 pp.). | 0.20 275.00/hr | 55.00 |
| 10/16/2023 | CLH | Analyze case status and necessary next steps, including whether it is necessary to designate experts while summary judgment motions are pending. | 0.20 275.00/hr | 55.00 |
| Total For Services | | | 0.40 | $110.00 |

Personnel Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Catherine L. Hanna/Partner | 0.40 | 275.00 | $110.00 |

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **LM INSURANCE CORPORATION,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:22-cv-03723** |
| | § | |
| **NAUTILUS INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant** | § | |

---

## DECLARATION OF DAVID GUERTIN

---

1.      "My name is David Guertin. I am over the age of twenty-one, of sound mind and capable of making this declaration. I have never been convicted of a crime. I am a Senior Technical Claims Specialist for LM Insurance Corporation ("Liberty"). I have personal knowledge of the documents maintained by Liberty in connection with the claims in a lawsuit brought by Ramiro Morin against Blazer Building, Inc. ("Blazer") and others, styled *Ramiro Morin, et al. v. Blazer Building, Inc.*; Cause No.: 2020-14004; in the 164th District Court of Harris County, Texas (the "Underlying Lawsuit").

2.      "Liberty has provided a defense to Blazer in the Underlying Lawsuit, retaining and funding counsel to provide that defense. Liberty continues to defend Blazer in the Underlying Lawsuit, which is ongoing.

3.      "Liberty tendered the defense of Blazer to Nautilus Insurance Company ("Nautilus") on March 11, 2020. The total amount paid by Liberty in fees and expenses in defending Blazer in the Underlying Lawsuit since the date of tender is **$16,614.15**.

*{Signature on following page.}*

Executed in Boston, Suffolk County, Massachusetts on April 15, 2024.


_____
David Guertin